IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1590-CMA-KMT

CHARLES NICHOLAS AREND

     Plaintiff

vs.

SAFEWAY INC., a Delaware corporation.

     Defendant

_____

**ORDER ON DEFENDANT'S MOTION TO CONDUCT EX PARTE MEETINGS WITH CERTAIN HEALTH CARE PROVIDERS**
_____

This matter having come before the Court upon Safeway's "Unopposed Motion to Conduct *Ex Part*e Meetings With Certain Treating Physicians of Charles Nicholas Arend" and being fully advised thereon, hereby FINDS AND ORDERS:

1.    Safeway seeks permission to conduct *ex parte* meetings physicians who treated Plaintiff, Charles Nicholas Arend, for his seizure disorder or the orthopedic injuries at issue in this case.

2.    Plaintiff has consented to these interviews. Plaintiff's consent has waived any claims of privilege relating to the medical care and treatment he received from these providers. Colo. Rev. Stat. § 13-90-107(1)(d); *Bond v. District Court*, 682 P.2d 33, 38 (Colo. 1984); *Clark v. District Court*, 668 P.2d 3, 10 (Colo. 1983).

The Court ORDERS that the motion is GRANTED. Counsel for Safeway may meet *ex parte* with the following physicians and need not notify counsel for Plaintiff that any such meetings are contemplated or will or have taken place: (1) Dr. Archana Shrestha; (2) Dr. Mitchell D. Burnbaum; (3) Dr. Logan McDaneld; (4) Dr. Edward Maa; (5) Dr. Mark Luker; (6) Dr. Robert Frazho.

DATED this *10th* day of *November*, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge