IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1590 CMA-KMT

CHARLES NICHOLAS AREND

    Plaintiff

vs.

SAFEWAY INC., a Delaware corporation.

    Defendants

---

### STIPULATION FOR DISMISSAL OF ALL CLAIMS FILED AGAINST SAFEWAY INC. WITH PREJUDICE

---

    Defendant Safeway Inc., through counsel CHILDS MCCUNE LLC, and Plaintiff, Charles Nicholas Arend, by and through his attorneys at LeHouillier & Associates and Maton & Associates, P.C., hereby stipulate to the dismissal with prejudice of all claims that were or could have been asserted by Plaintiff in the above-titled cause of action against Safeway Inc., with each party to bear its own costs and fees. A proposed Order is attached for the Court's review.

    Respectfully submitted this 8th day of ~~March~~ September, 2015.

| | |
|---|---|
| s/ Larry L. Maton | s/ Steven A. Michalek |
| Larry L. Maton, Esq. | Steven A. Michalek |
| MATON & ASSOCIATES, P.C. | CHILDS McCUNE LLC |
| PO Box 546 | 821 – 17th Street, Suite 500 |
| Monument, CO 80132 | Denver, CO 80202 |
| Phone: 719-636-1700 | Telephone: 303-296-7300 |
| Fax:  719-473-3292 | FAX: 720-625-3637 |
| Email: lmaton@matonlaw.com | Email: smichalek@childsmccune.com |

s/ Patric J. LeHouillier
Patric J. LeHouillier, Esq.
LEHOUILLIER & ASSOCIATES
455 E Pikes Peak, Ste. 103
Colorado Springs, CO 80903
Phone: 719-471-1330
Email: pat@lehouillier.net
*Attorneys for Plaintiff*
*Charles Nicholas Arend*

s/ Kim B. Childs
Kim B. Childs
CHILDS McCUNE LLC
248 Cottonwood Street
Delta CO 81416
Telephone: 970-874-1600
FAX: 970-874-1365
Email: kchilds@childsmccune.com
*Attorneys for Defendant Safeway Inc., a Delaware corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of September, 2015, I electronically filed the foregoing **STIPULATION FOR DISMISSAL OF ALL CLAIMS FILED AGAINST SAFEWAY INC. WITH PREJUDICE,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Larry L. Maton | Patric J. LeHouillier |
| Maton & Associates. | LeHouillier & Associates |
| P.O. Box 546 | 455 E. Pikes Peak, Ste. 103 |
| Monument, CO   80132 | Colorado Springs, CO   80903 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

                                                *s/ Mary Baltz*

                                                _____