**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01590-CMA-KMT

CHARLES NICHOLAS AREND,

    Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation,

    Defendant.

_____

**ORDER RE: STIPULATION FOR DISMISSAL OF ALL CLAIMS FILED AGAINST SAFEWAY INC. WITH PREJUDICE**
_____

THE COURT, having reviewed the Stipulation for Dismissal of all Claims Filed Against Safeway Inc., with Prejudice (Doc. 32), the file, and being fully advised on the premises, hereby dismisses all claims that were or could have been filed against Safeway Inc., with prejudice, each party to bear its own costs and fees.

DATED: September 9, 2015

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge